IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELYPRO, INC., | : | : |
| Plaintiff, | : | |
| v. | : | Civ. Action No. 23-1023-GBW |
| GAN ZHOU SHI FA CAI YANG KE JI YOU XIAN GONG SI, et al. | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this 5th day of December 2023;

1. On September 19, 2023, Adnan Lekic filed this action on behalf of Plaintiff Elypro, Inc.

2. In an October 31, 2023 Order, this Court noted that a corporation must be represented by counsel and cannot be represented by an individual acting *pro se* on its behalf, and ordered Plaintiff to retain counsel on or before November 22, 2023. (D.I. 4). The Court warned Plaintiff that failure to timely retain counsel would result in the dismissal of the case without prejudice.

3. The time has passed and Plaintiff has failed to retain counsel. Now therefore, IT IS HEREBY ORDERED that this case is **DISMISSED without prejudice** and the Clerk of Court is directed to mark the case **CLOSED**.

_____
United States District Judge